# UNITED STATES DISTRICT COURT
## District of Minnesota

Joseelin Yosimar Casillo,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1348 KMM/DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Joseelin Y.C.'s Petition for a Writ of Habeas Corpus (Dkt. 1) is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that she is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Joseelin Y. C. **without conditions and no later than 5:00 p.m. on February 18, 2026**. This Order does not, however, affect any conditions of release imposed on Petitioner by the state court presiding over her criminal case.

4. Respondents must return **all of Joseelin Y. C.'s personal effects seized during her arrest upon her release, including but not limited to immigration paperwork**. Her property must be returned in the same condition as it was in at the time she was arrested.

5. Finally, the Court **ORDERS** Respondents to file a notice within 24 hours of Petitioner's release, specifying the date, time, and location of her release.

Date: 2/18/2026

KATE M. FOGARTY, CLERK